UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARROLL METAL WORKS, INC., a California corporation,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>BENJAMIN LONGWELL; MINSHEW BROTHERS STEEL CONSTRUCTION, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　　　　　　Defendants. | Case No.:  20cv1492-JAH (LL)<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT [Doc. No. 3]** |

Pending before the Court is the parties' joint motion to extend time for Benjamin Longwell *et al.* ("Defendants") to respond to Plaintiff's Complaint. *See* Doc. No. 3.

Upon consideration and good cause appearing, the joint motion is **GRANTED**. Accordingly, IT IS HEREBY ORDERED that Defendants shall respond to Plaintiff's Complaint no later than **September 4, 2020**.

**IT IS SO ORDERED**.

DATED: August 28, 2020

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. John A. Houston
　　　　　　　　　　　　　　　　　　　United States District Judge